**Robert Lee BAILEY, Petitioner– Appellant,**

v.

**Scott P. FISHER, Respondent– Appellee.**

No. 13–1471.

United States Court of Appeals, Eighth Circuit.

Submitted: July 16, 2013.

Filed: July 22, 2013.

Robert Lee Bailey, Sandstone, MN, pro se.

---

Ann M. Bildtsen, Gregory G. Brooker, Assistant U.S. Attorneys, Erika Renea Mozangue, U.S. Attorney's Office, Minneapolis, MN, for Respondent–Appellee.

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

**PER CURIAM.**

Federal inmate Robert Bailey appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he claimed that he was twice wrongfully subjected to prison discipline in the form of, inter alia, loss of good time credits. Upon careful de novo review, *see Mitchell v. U.S. Parole Comm'n*, 538 F.3d 948, 951 (8th Cir.2008) (per curiam) (dismissal of § 2241 petition is reviewed de novo), we find no basis for reversal. *See Superintendent v. Hill*, 472 U.S. 445, 454–55, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985) (when prison disciplinary hearing results in loss of good time credits, inmate must receive (1) advance notice of charges; (2) opportunity—consistent with institutional safety and correctional goals—to call witnesses and to present documentary evidence; and (3) factfinder's written statement of evidence relied upon and reasons for disciplinary decision; due process is satisfied if "some evidence" supports disciplinary decision to revoke good time credits).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Bailey's pending motion as moot.

---

**1.** The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota.